UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT NELSON, | CV 20-11507 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PFS CORPORATION, | |
| Defendant. | |

Pursuant to the Court's May 10, 2021 Minute Order, which dismissed the action for declaratory judgment filed by plaintiff Joseph Nelson ("Plaintiff") against defendant PFS Corporation ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: May 10, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE